# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| SILVER DOLLAR CITY, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 6:19-cv-03369-MDH |
| ADRENALIN ATTRACTIONS, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal Without Prejudice voluntarily dismissing all of Plaintiff's claims against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

WHEREFORE, the Court hereby dismisses this matter in its entirety without prejudice and with each party bearing its own costs.

**IT IS SO ORDERED.**

DATED: January 10, 2020

                                             */s/ Douglas Harpool*
                                             **DOUGLAS HARPOOL**
                                             **UNITED STATES DISTRICT JUDGE**